FILED - WESTERN
CLERK, U.S.

DEC 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JAIME BRETADO,<br><br>    Petitioner,<br><br>v.<br><br>JEANNE S. WOODFORD, Warden,<br><br>    Respondent. | No. CV 07-4612-CAS (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 12/2/08

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE